JUDGE RONALD B. LEIGHTON

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR07-5260RBL |
| Plaintiff, | |
| vs. | ORDER SEALING AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| MARCIANO MENDEZ-MAYA, | |
| Defendant. | |

The Court having considered the Motion for Order Sealing Affidavit of Counsel in Support of Motion for Withdrawal and Substitution of Counsel;

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Assistant Federal Public Defender Miriam Schwartz is sealed.

DONE this 3rd day of May, 2007.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Miriam F. Schwartz*
MIRIAM F. SCHWARTZ
Attorney for Defendant

ORDER SEALING AFFIDAVIT OF COUNSEL
U.S. v. Mendez-Maya, CR07-5260(RBL)   – page 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, Washington  98402
(253) 593-6710