JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CR07-5260RBL |
| Plaintiff, ) | |
| vs. ) | ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| MARCIANO MENDEZ-MAYA, ) | |
| Defendant. ) | |

The Court having considered the Motion for Withdrawal and for Substitution of Counsel, and the accompanying Sealed Affidavit of Miriam Schwartz;

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and Assistant Federal Public Defender Miriam Schwartz, are permitted to withdraw as defense counsel in this matter, and that new defense counsel from the CJA panel unconnected to Case No. CR06-5351RBL shall be appointed to represent the defendant.

//
//
//
//

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

DONE this 3rd day of May, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/*
_____
Miriam F. Schwartz
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington  98402**
**(253) 593-6710**